454 A.2d 178

Commonwealth v. Holmes, Appellant.
Petition for Allowance of Appeal
Denied June 17, 1983.

Submitted February 24, 1982. Leslie J. Carson,

638

for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and ROWLEY, JJ.

Order affirmed.

SPAETH, J., concurred in the result.